UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHALOM DAVIS,<br><br>                Plaintiff,<br><br>    -v-<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and BARCLAYS BANK DELAWARE,<br><br>                Defendants. | Civil Case Number: 1:21-cv-05254-BMC<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against all Defendants in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action against.

Dated:        July 5, 2023

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Shalom Davis*

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Tel: (317) 363-2400
Email: cnicodemus@schuckitlaw.com

*Attorneys for Defendant*
*Trans Union, LLC*

/s/ Boris Brownstein
Boris Brownstein, Esq.
Clark Hill PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Tel: (609) 785-2923
Email: bbrownstein@clarkhill.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

/s/ Jonathan M. Marmo
Jonathan M. Marmo, Esq.
Holland & Knight LLP
2929 Arch Street
Philadelphia, PA 15243
Tel: (215) 252-9568
Email: jonathan.marmo@hklaw.com

*Attorneys for Defendant*
*Barclays Bank Delaware*